# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

|  |  |
|---|---|
| TAMARA BARNES,<br>　　　　Plaintiff,<br>　　v.<br>RASH CURTIS & ASSOCIATES,<br>　　　　Defendant. | Case No. 15-cv-01851-BLF<br><br>**ORDER TO SHOW CAUSE** |

Neither party filed a Case Management Statement in advance of the Case Management Conference that was scheduled for August 20, 2015 and neither party appeared at the hearing. The Court "may issue any just orders," including orders imposing sanctions, if a party or its attorney "fails to appear at a scheduling or other pretrial conference" or "fails to obey a scheduling or other pretrial order." Fed. R. Civ. P. 16(f).

Plaintiff Tamara Barnes and her counsel are HEREBY ORDERED TO SHOW CAUSE in writing, on or before September 10, 2015, why sanctions in the amount of $250 should not be imposed against Plaintiff and her counsel jointly for failure to file a Case Management Statement and failure to appear at the Case Management Conference. Plaintiff's counsel is HEREBY ORDERED TO APPEAR at a SHOW CAUSE HEARING on September 17, 2015 at 1:30 p.m.

Defendant Rash Curtis & Associates and its counsel are HEREBY ORDERED TO SHOW CAUSE in writing, on or before September 10, 2015, why sanctions in the amount of $250 should not be imposed against Defendant and its counsel jointly for failure to file a Case Management Statement and failure to appear at the Case Management Conference. Defendant's counsel is HEREBY ORDERED TO APPEAR at a SHOW CAUSE HEARING on September 17, 2015 at 1:30 p.m.

1   Counsel also SHALL FILE a Joint Case Management Statement pursuant to Civil Local
2   Rule 16-9 no later than September 10, 2015.
3   **IT IS SO ORDERED.**

5   Dated:  August 21, 2015               _____
                                          BETH LABSON FREEMAN
6                                         United States District Judge

2