United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAMARA BARNES,<br>      Plaintiff,<br>   v.<br>RASH CURTIS & ASSOCIATES,<br>      Defendant. | Case No. 15-cv-01851-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In recognition of the nonappearance of counsel on 08/20/2015, the Court has continued its Case Management Conference for September 17, 2015, at 1:30 P.M., in order to address case status and reset vacated hearing dates. The parties are to file a Joint Case Management Statement by 09/10/2015. The Case Management Conference will be held in Courtroom 3 on the 5th Floor of the United States Courthouse, 280 South First Street, San Jose, California, 95113.

Parties present at this Case Management Conference must be prepared to agree on dates for further proceedings, to the extent not already addressed in the parties' Joint Case Management Statement. The Court requests that the parties engage in good-faith negotiations regarding dates and scheduling before their appearances.

**IT IS SO ORDERED.**

Dated: August 20, 2015

_____
**BETH LABSON FREEMAN**
UNITED STATES DISTRICT JUDGE