**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TAMARA BARNES,<br><br>       Plaintiff,<br><br>    v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>       Defendant. | Case No.  15-cv-01851-BLF<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED AUGUST 21, 2015** |

For good cause shown, the Order to Show Cause issued on August 21, 2015 is hereby DISCHARGED.

    **IT IS SO ORDERED.**

Dated:  September 10, 2015

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California